

**The following constitutes the order of the court.
Signed November 15, 2013**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In re )
)
Michael John Dunbar, ) Case No. 13-44790
)
        Debtor. ) Chapter 13
_____)

**MEMORANDUM REGARDING LETTER FROM CREDITOR DORENE HARDAWAY**

    The Court received a letter dated November 4, 2013 from Dorene Hardaway who is listed as a creditor in the above-captioned case. Based on the content of that letter, the Court determines that it is properly entered on the docket as an Objection to Confirmation of the Debtor's Chapter 13 Plan. The letter has been docketed accordingly at Docket No. 23.

    The Court further notes that Ms. Hardaway resides out of state. Ms. Hardaway will be permitted to appear by phone at any confirmation hearing in the above-captioned case. Ms. Hardaway can obtain details on setting up a telephonic appearance through contacting Courtroom Deputy Dianna Passadore at 510-879-3533.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Dorene Hardaway |
| | 8409 Corto Circle |
| 3 | San Antonio, TX 78239 |
| 4 | Scott J. Sagaria |
| | Law Offices of Scott J. Sagaria |
| 5 | 333 W San Carlos St. #620 |
| | San Jose, CA 95110 |
| 6 | |
| | Martha G. Bronitsky |
| 7 | P.O. Box 9077 |
| | Pleasanton, CA 94566 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |