

The following constitutes the order of the court.
Signed April 3, 2014

William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Michael John Dunbar, ) | Case No. 13-44790 |
| ) | |
| Debtor. ) | Chapter 13 |
| _____ ) | |

### MEMORANDUM AFTER HEARING HELD FEBRUARY 13, 2014

On February 13, 2014, a hearing was held on confirmation of the debtor's proposed plan in the above-captioned chapter 13 case. Appearances were as noted on the record, and included an appearance by creditor Dorene Hardaway who had filed a letter, entered on the docket on November 13, 2013 ( Docket No. 23), which the Court took as an objection to plan confirmation for the reasons stated in the memorandum entered on November 15, 2013 ( Docket No. 24).

The Court notes that Ms. Hardaway's objection was not formally withdrawn on the record at the hearing, nor has it since been withdrawn through any filing on the docket. The Court further notes that the grounds underlying Ms. Hardaway's objection appear to have been resolved by a stipulation entered on the docket on March 10, 2014 (Docket No. 48) and approved by this Court by order entered March 18, 2014 (Docket No. 49). Based on the foregoing, the Court hereby deems any pending objection to confirmation resolved and, to the extent necessary for the Trustee to recommend confirmation of the debtor's Fourth Amended Plan (Docket No. 40), any objection is hereby overruled.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Dorene Hardaway |
| | 8409 Corto Circle |
| 3 | San Antonio, TX 78239 |
| 4 | Scott J. Sagaria |
| | Law Offices of Scott J. Sagaria |
| 5 | 333 W San Carlos St. #620 |
| | San Jose, CA 95110 |
| 6 | |
| | Martha G. Bronitsky |
| 7 | P.O. Box 9077 |
| | Pleasanton, CA 94566 |